UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLD REPUBLIC INSURANCE CO.,
*et al.*,

    Plaintiffs,                                         Case No. 16-cv-13826
                                                         Hon. Matthew F. Leitman

v.

ARISTEO CONSTRUCTION CO.,

    Defendant.

_____/

## ORDER (1) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #23) AND (2) DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (ECF #25)

This is an insurance coverage and contractual dispute. On March 1, 2018, Defendant Aristeo Construction Company ("Aristeo") filed a motion for summary judgment. (*See* ECF #23.) On that same day, Plaintiffs Old Republic Insurance Company and Konematic, Inc. (collectively, "Plaintiffs") filed a motion for summary judgment. (*See* ECF #25.) The Court held a hearing on the motions on June 20, 2018.

For the reasons stated on the record at the hearing, Aristeo's motion for summary judgment is **DENIED**, and Plaintiffs' motion for summary judgment is **DENIED**.

    **IT IS SO ORDERED**.

                                                   s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: June 20, 2018

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764